# NOTICE OF APPEARANCE OF N. KIRKLAND POPE

<u>PARTIES REPRESENTED:</u>
Neal Bradshaw and Virginia Bradshaw
Patrick Buchanan and Pauline Buchanan
Rebecca Dumler and Dennis Dumler
Steven Gale and Sharon Boone
Stephen K. Garfield and Alexandra Garfield
Cedric L. Hill and Tracie L. Hill
William Hofer and Kay Hofer
Mildred E. Kief
Michael A. Matuszko and Deborah Matuszko
Augustine Ridolfi
Karriem Sharif and Eileen Harlee
Johnny C. Simpson and Elizabeth Simpson
Danny A. Tzakis and Diane Tzakis


<u>SHORT CASE CAPTION(S):</u>

*Neal Bradshaw and Virginia Bradshaw v. Wright Medical Technology, Inc., et al.*, USDC Utah, Case No. 1:16-cv-00108

*Patrick Buchanan and Pauline Buchanan v. Wright Medical Technology, Inc.*, USDC Central District of California, Case No. 2:19-cv-04824

*Rebecca Dumler and Dennis Dumler v. Wright Medical Technology, Inc.*, USDC Northern District of Iowa, Case No. 6:17-cv-02033

*Steven Gale and Sharon Boone v. Wright Medical Technology, Inc.*, USDC Minnesota, Case No. 0:20-cv-01009

*Stephen K. Garfield and Alexandra Garfield v. Wright Medical Technology, Inc.*, USDC Massachusetts, Case No. 1:18-cv-11872

*Cedric L. Hill and Tracie L. Hill v. Wright Medical Technology, Inc.*, USDC Northern District of Iowa, Case No. 6:20-cv-02032

*William Hofer and Kay Hofer v. Wright Medical Technology, Inc. et al.,* USDC Southern District of California, Case No. 3:18-cv-01991

*Mildred E. Kief v. Wright Medical Technology, Inc.*, USDC Maine, Case No. 1:18-cv-00035

*Michael A. Matuszko and Deborah Matuszko v. Wright Medical Technology, Inc.*, USDC Massachusetts, Case No. 3:20-cv-10200

*Augustine L. Ridolfi v. Wright Medical Technology, Inc.*, USDC Eastern District of Wisconsin, Case No. 2:20-cv-00680

*Karriem Sharif and Eileen Harlee v. Wright Medical Technology, Inc.*, USDC Northern District of Georgia, Case No. 1:20-cv-01300

*Johnny C. Simpson and Elizabeth Simpson v. Wright Medical Technology, Inc.*, USDC Eastern District of Arkansas, Case No. 5:17-cv-00062

*Danny A. Tzakis and Diane Tzakis v. Wright Medical Technology, Inc.*, USDC Western District of Wisconsin, Case No. 3:19-cv-00545