## Errata Schedule A—Schedule of Actions

1. *Mulvania v. Wright Medical Technology, Inc.*, *et al.*, 2:19-cv-02864 (D. Arizona)
2. *Casey v. Wright Medical Technology, Inc.,* 2:19-cv-05360 (D. Arizona)
3. *Simpson v. Wright Medical Technology, Inc.,* 5:17-cv-00062 (E.D. Arkansas)
4. *Musticchi v. Wright Medical Technology, Inc.,* 4:19-cv-00607 (E.D. Arkansas)
5. *Burkhart v. Wright Medical Technology, Inc., et al.,* 2:17-cv-08561 (C.D. California)
6. *Bodily v. Wright Medical Technology, Inc., et al.,* 5:18-cv-02244 (C.D. California)
7. *Buchanan v. Wright Medical Technology, Inc.,* 2:19-cv-04824 (C.D. California)
8. *Cole v. Wright Medical Technology, Inc.,* 2:20-cv-03993 (C.D. California)
9. *Baker v. Wright Medical Technology, Inc.,* 2:20-cv-00823 (E.D. California)
10. *Hofer v. Wright Medical Technology, Inc.,* 3:18-cv-1991 (S.D. California)
11. *Sivilli v. Wright Medical Technology, Inc., et al.,* 3:18-cv-02162 (S.D. California)
12. *Marshall v. Wright Medical Technology, Inc.,* 1:19-cv-01883 (D. Colorado)
13. *Stouffer v. Wright Medical Technology, Inc.,* 3:19-cv-03818 (N.D. Florida)
14. *Sharif, et al. v. Wright Medical Technology, Inc.,* 1:20-cv-01300 (N.D. Georgia)
15. *Evans v. Wright Medical Technology, Inc.,* 3:19-cv-00160 (N.D. Indiana)
16. *Dumler v. Wright Medical Technology, Inc.,* 6:17-cv-02033 (N.D. Iowa)
17. *Hill v. Wright Medical Technology, Inc.,* 6:20-cv-02032 (N.D. Iowa)
18. *Burdolski v. Wright Medical Technology, Inc.,* 2:20-cv-02116 (D. Kansas)
19. *Kief v. Wright Medical Technology, Inc.,* 1:18-cv-00035 (D. Maine)
20. *Williams v. Wright Medical Technology, Inc.,* 1:20-cv-00578 (D. Maryland)
21. *Garfield v. Wright Medical Technology, Inc.,* 1:18-cv-011872 (D. Massachusetts)
22. *McDonald v. Wright Medical Technology, Inc.,* 1:18-cv-12570 (D. Massachusetts)
23. *Jurczyk v. Wright Medical Technology, Inc.,* 4:19-cv-40126 (D. Massachusetts)
24. *Matuszko v. Wright Medical Technology, Inc.,* 3:20-cv-10200 (D. Massachusetts)

25. *Bradley v. Wright Medical Technology, Inc.,* 1:20-cv-10215 (D. Massachusetts)

26. *Monson v. Wright Medical Technology, Inc.,* 0:18-cv-01282 (D. Minnesota)

27. *Gale, et al. v. Wright Medical Technology, Inc.,* 0:20-cv-01009 (D. Minnesota)

28. *Matosich v. Wright Medical Technology, Inc., et al,* 9:19-cv-00016 (D. Montana)

29. *Lopez v. Wright Medical Technology, Inc.,* 1:19-cv-12583 (D. New Jersey)

30. *Safir v. Wright Medical Technology, Inc.,* 1:18-cv-10742 (S.D. New York)

31. *Haskell v. Wright Medical Technology, Inc.,* 3:19-cv-01563 (D. Oregon)

32. *Harris v. Wright Medical Technology, Inc.,* 2:19-cv-00280 (W.D. Pennsylvania)

33. *Miles v. Wright Medical Technology, Inc.,* 4:20-cv-00941 (D. South Carolina)

34. *Bradshaw v. Wright Medical Technology, Inc.,* 1:16-cv-00108 (D. Utah)

35. *Burningham v. Wright Medical Technology, Inc., et al.,* 2:17-cv-00092 (D. Utah)

36. *Smolka v. Wright Medical Technology, Inc.,* 2:19-cv-00263 (D. Utah)

37. *Layton v. Wright Medical Technology, Inc.,* 1:20-cv-00083 (N.D. West Virginia)

38. *Ridolfi v. Wright Medical Technology, Inc.,* 2:20-cv-00680 (E.D. Wisconsin)

39. *Tzakis v. Wright Medical Technology, Inc.,* 3:19-cv-00545 (W.D. Wisconsin)

40. *Chadderdon v. Wright Medical Technology, Inc., et al.,* 3:19-cv-00787 (W.D. Wisconsin)

41. *Larson v. Wright Medical Technology, Inc.,* 3:20-cv-00261 (W.D. Wisconsin)

42. *Craugh, et al. v. Wright Medical Technology, Inc.,* 3:20-cv-00270 (W.D. Wisconsin)