**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: PROFEMUR HIP IMPLANT
PRODUCT LIABILITY LITIGATION      MDL No.: 2949

Defendants.

**Errata Schedule B—Schedule of Actions**

1. *Casey v. Wright Medical Technology, Inc.,* 2:19-cv-05360 (D. Arizona)
2. *Simpson v. Wright Medical Technology, Inc.,* 5:17-cv-00062 (E.D. Arkansas)
3. *Musticchi v. Wright Medical Technology, Inc.,* 4:19-cv-00607 (E.D. Arkansas)
4. *Burkhart v. Wright Medical Technology, Inc., et al.,* 2:17-cv-08561 (C.D. California)
5. *Bodily v. Wright Medical Technology, Inc., et al.,* 5:18-cv-02244 (C.D. California)
6. *Buchanan v. Wright Medical Technology, Inc.,* 2:19-cv-04824 (C.D. California)
7. *Cole v. Wright Medical Technology, Inc.,* 2:20-cv-03993 (C.D. California)
8. *Baker v. Wright Medical Technology, Inc.,* 2:20-cv-00823 (E.D. California)
9. *Hofer v. Wright Medical Technology, Inc.,* 3:18-cv-1991 (S.D. California)
10. *Sivilli v. Wright Medical Technology, Inc., et al.,* 3:18-cv-02162 (S.D. California)
11. *Marshall v. Wright Medical Technology, Inc.,* 1:19-cv-01883 (D. Colorado)
12. *Stouffer v. Wright Medical Technology, Inc.,* 3:19-cv-03818 (N.D. Florida)
13. *Sharif, et al. v. Wright Medical Technology, Inc.,* 1:20-cv-01300 (N.D. Georgia)
14. *Evans v. Wright Medical Technology, Inc.,* 3:19-cv-00160 (N.D. Indiana)
15. *Dumler v. Wright Medical Technology, Inc.,* 6:17-cv-02033 (N.D. Iowa)
16. *Hill v. Wright Medical Technology, Inc.,* 6:20-cv-02032 (N.D. Iowa)
17. *Burdolski v. Wright Medical Technology, Inc.,* 2:20-cv-02116 (D. Kansas)
18. *Kief v. Wright Medical Technology, Inc.,* 1:18-cv-00035 (D. Maine)
19. *Williams v. Wright Medical Technology, Inc.,* 1:20-cv-00578 (D. Maryland)

20. *Garfield v. Wright Medical Technology, Inc.,* 1:18-cv-011872 (D. Massachusetts)

21. *McDonald v. Wright Medical Technology, Inc.,* 1:18-cv-12570 (D. Massachusetts)

22. *Jurczyk v. Wright Medical Technology, Inc.,* 4:19-cv-40126 (D. Massachusetts)

23. *Matuszko v. Wright Medical Technology, Inc.,* 3:20-cv-10200 (D. Massachusetts)

24. *Bradley v. Wright Medical Technology, Inc.,* 1:20-cv-10215 (D. Massachusetts)

25. *Monson v. Wright Medical Technology, Inc.,* 0:18-cv-01282 (D. Minnesota)

26. *Gale, et al. v. Wright Medical Technology, Inc.,* 0:20-cv-01009 (D. Minnesota)

27. *Matosich v. Wright Medical Technology, Inc., et al,* 9:19-cv-00016 (D. Montana)

28. *Lopez v. Wright Medical Technology, Inc.,* 1:19-cv-12583 (D. New Jersey)

29. *Safir v. Wright Medical Technology, Inc.,* 1:18-cv-10742 (S.D. New York)

30. *Haskell v. Wright Medical Technology, Inc.,* 3:19-cv-01563 (D. Oregon)

31. *Harris v. Wright Medical Technology, Inc.,* 2:19-cv-00280 (W.D. Pennsylvania)

32. *Miles v. Wright Medical Technology, Inc.,* 4:20-cv-00941 (D. South Carolina)

33. *Bradshaw v. Wright Medical Technology, Inc.,* 1:16-cv-00108 (D. Utah)

34. *Burningham v. Wright Medical Technology, Inc., et al.,* 2:17-cv-00092 (D. Utah)

35. *Smolka v. Wright Medical Technology, Inc.,* 2:19-cv-00263 (D. Utah)

36. *Layton v. Wright Medical Technology, Inc.,* 1:20-cv-00083 (N.D. West Virginia)

37. *Ridolfi v. Wright Medical Technology, Inc.,* 2:20-cv-00680 (E.D. Wisconsin)

38. *Tzakis v. Wright Medical Technology, Inc.,* 3:19-cv-00545 (W.D. Wisconsin)

39. *Chadderdon v. Wright Medical Technology, Inc., et al.,* 3:19-cv-00787 (W.D. Wisconsin)

40. *Larson v. Wright Medical Technology, Inc.,* 3:20-cv-00261 (W.D. Wisconsin)

41. *Craugh, et al. v. Wright Medical Technology, Inc.,* 3:20-cv-00270 (W.D. Wisconsin)

42. *Gormley, et al. v. Wright Medical Technology, Inc.,* 0:20-cv-01290 (D. Minnesota)

43. *Mahan v. Wright Medical Technology, Inc.,* 1:20-cv-00482 (M.D. North Carolina)

44. *Groenendyk v. Wright Medical Technology, Inc.,* 5:20-cv-01097 (C.D. California)

45. *Sinskey v. Wright Medical Technology, Inc.,* 2:20-cv-04749 (C.D. California)

46. *Schulzetenberg v. Wright Medical Technology, Inc.,* 0:20-cv-01310 (D. Minnesota)

47. *Dobbs v. Wright Medical Technology, Inc., et al.,* 2:20-cv-02394 (W.D. Tennessee)[1]

48. *Morgan v. Wright Medical Technology, Inc., et al.,* 3:20-cv-05519 (N.D. Florida)

49. *Shubin v. Wright Medical Technology, Inc., et al.,* 3:20-cv-08134 (D. Arizona)

---

[1] Matter Nos. 47-49 were included in a Notice of Related Action filed on behalf of the respective plaintiffs on June 26, 2020. *See* Dkt. #81. They are listed here in the event these cases are included in argument on the pending Motion for Transfer.