BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PROFEMUR HIP IMPLANT PRODUCT LIABILITY LITIGATION | MDL NO. 2949<br><br>NOTICE OF RELATED ACTION |

Please take notice the following case is related to the Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 submitted to the JPML on May 18, 2020:

Ann L. Olver v. Wright Medical Technology, Inc., 8:20-cv-01302, (CD Ca.)

Copies of the Complaint and Docket Sheet are attached hereto.

Dated: July 21, 2020

Respectfully submitted,

*/s/ Raymond P. Boucher*
Raymond P. Boucher
Boucher LLP
21600 Oxnard Street, Suite 600
Woodland Hills, Ca 91367-4903
Tel: (818) 340-5400
Fax: (818) 340-5401
ray@boucher.la

*Attorneys for Plaintiff Olver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON July 21, 2020, the foregoing Notice of Related Actions was filed electronically with the Clerk of Court using the Court's electronic filing system. Notice of this filing will be sent to all counsel of record, by operation of the Court's CM/ECF system and a copy will be mailed by United States First Class Mail to the following entity (counsel has not yet appeared):

>Group Health Cooperative of South Central Wisconsin
>1265 John Q. Hammons Drive
>Madison, WI  53717

.

>*/s/ Raymond P. Boucher*
>Raymond P. Boucher
>Boucher LLP
>21600 Oxnard Street, Suite 600
>Woodland Hills, Ca 91367-4903
>Tel: (818) 340-5400
>Fax: (818) 340-5401
>ray@boucher.la
>
>*Attorneys for Plaintiff Olver*