BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PROFEMUR HIP IMPLANT
PRODUCT LIABILITY LITIGATION              MDL No.: 2949

                    Defendants.

**JOINT NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 1 (CTO-1)**

Pursuant to Rule 7.1(c) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiffs Terrence M. Hogan and Ruth Hogan and Defendant Wright Medical Technology, Inc. (together, the "Parties") respectfully notice their joint opposition to Conditional Transfer Order 1 (CTO-1) as it pertains to *Hogan et. al. v. Wright Medical Technology, Inc.*, M.D. Florida, No. 8:20-cv-00054. The Parties stipulate and agree that this case involves theories of defect centered on other products not subject to the MDL. The Parties have also discussed this with lead counsel for Plaintiffs, and all parties agree that this case falls outside the scope of the transfer order, Dkt. #134.

If the Court still requests briefing on this issue in light of their joint opposition to transfer, the Parties will file a motion to vacate Conditional Transfer Order 1, as to the foregoing action, in accordance with Judicial Panel on Multidistrict Litigation Rule of Procedure 7.1(f) and any briefing schedule set by the Panel.

Dated: August 17, 2020              Respectfully submitted,

                                    DUANE MORRIS LLP

                                    /s/ *Dana J. Ash*
                                    Dana J. Ash
                                    30 South 17th Street
                                    Philadelphia, PA  19103-4196
                                    Phone: 215.979.1000
                                    Fax: 215.979.1020
                                    DJAsh@duanemorris.com

*Attorney for Defendant Wright Medical Technology, Inc.*

SAUNDERS & WALKER, P.A.

_s/ Joseph H. Saunders_
Joseph H. Saunders (FBN 341746)
Saunders & Walker, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33781
Tel. (727) 579.4500
Fax (727) 577-9696
joe@saunderslawyers.com
Counsel for Plaintiffs