BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____  )
                                     )
**IN RE: PROFEMUR HIP IMPLAINT**     )
**PRODUCT LIABILITY**                )   **MDL NO. 2949**
**LITIGATION**                       )
_____  )

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, Frank V. Cesarone, hereby certify that copies of the foregoing Notice of Related Actions and Schedule of Actions were served on all parties in the following cases electronically via ECF, or as indicated below, on October 16, 2020.

*Daniel Hamilton v. Wright Medical Technology, Inc., et al. 1:20-cv-06060* (ND Il.)

*Jeffery Gerardot v. Wright Medical Technology, Inc., et al. 1:20-cv-00359* (ND In.)

| | |
|---|---|
| Mr. Robert T. Dassow, Esq.<br>Hovde, Dassow & Deets, LLC<br>10201 N. Illinois Street, Suite 500<br>Indianapolis, IN 46290<br>***Counsel for Plaintiff, Jeffery Gerardot*** | Wright Medical Technology, Inc.<br>1023 Cherry Road<br>Memphis, TN 38117-5423<br>*Defendant* |
| Wright Medical Group, Inc.<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>*Defendant* | Wright Medical Group, N.V.<br>1023 Cherry Road<br>Memphis, TN 38117<br>*Defendant* |

Respectfully Submitted,

Dated: October 16, 2020

/s/ Frank V. Cesarone
Frank V. Cesarone
Meyers & Flowers, LLC
3 N Second St., Suite 300
St. Charles, IL 60174
Tel: (630) 232-6333
Fax: (630) 845-8982
fvc@meyers-flowers.com
*Attorney for Plaintiffs,*
*Jeffery Gerardot & Daniel Hamilton*